FILED

FEB 1 5 2005

LARRY W. PROPES, CLERK
FLORENCE, SC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
*Pro Se* [Non-Prisoner] Complaint Form

*Enter the full name of the plaintiff in this action*

Ronald A. Kolodziej

Civil Action No. 4:05-461-27BH
*(to be assigned by Clerk)*

v.

*Enter below the full name of defendant(s) in this action. If possible, please list only one defendant per line.*

Firehouse Subs c/o
Parsons, Ouverson, Stark
Guest, McNeill, PA

*If allowed by statute, do you wish to have a trial by jury?*  Yes ☐   No ☑

### I. PREVIOUS LAWSUITS

A. *Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?*

Yes ☐    No ☑

1

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to this previous lawsuit:

   Plaintiff: _____

   Defendant(s): _____

2. Court: Florence County Federal Court House
   (If federal court, name the district; if state court, name the county)

3. Docket Number: _____

4. Name(s) of Judge(s) to whom case was assigned: _____

5. Status of Case: _____
   (For example, was the case dismissed? Settled? Appealed? Still Pending?)

6. Date lawsuit was filed: _____

7. Date of disposition (if concluded): _____

C. Do you have any other lawsuits pending in the federal court in South Carolina?

   Yes ☐     No ☐

## II. PARTIES

In Item A below, place your name and address in the space provided. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: Ronald A. Kolodziej
   Address: 537 Parliament Circle, Florence, SC 29501-8651

In Item B below, place the full name of the defendant; and his, her, or its address, in the space provided. Use Item C for additional defendants, if any.

B. Name of Defendant: Firehouse Subs Restaurant C/o
   Address: Parsons, Ouverson, Stark, Guest & Neill, PA
   1183 Plaza Drive; P.O. Box 2850
   Murrells Inlet, SC 29576

2

C. *Additional Defendants (provide the same information for each defendant as listed in Item B above):*



### III. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.*

My family entered restaurant to place order for food. Wife explained, husband has hearing guide dog, and will momentarily be in to place his food order. Ms. Chester adamantly told wife — "No dogs allowed in restaurant." Wife explained "husband has identification card, and leash. Husband was motioned to come over to show Ms. Chester. Ms. Chester's Response: "I know I am right — No dogs allowed!"

Another male customer in left side made rude remarks regarding never heard of dogs in restaurant — overstepped boundaries, Supervisor took no action to control, or to protect my freedom or rights to public facility.

Happened 9/4/04
1:30 P.M.

Ronald A. Kolodziej

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

I personally had my privileges reduced to eat in public; My rights as an individual with certified Guidedog was stifled! My family has lost Trust in public; we had filed a complaint with Florence County Sheriff, C. Nettercutt, & he had no control to enforce the Law. Magistrate Eugene Cooper, & Judge James Harwell of Florence City/County Magistrate Court did not serve justice to me! I have suffered emotional distress, my family shuns me — we now have limited our visits to a handful of public restaurants that know us, but, our world is encapsulated in fear, frustration, And outcasting in view of customers. Restore my rights, remuneration for professional counseling, & monetary fine collected to reward my infringed rights!

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15 day of February, 2005

Ronald A. Kolodziej
Signature of Plaintiff

5